<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | IN THE UNITED STATES DISTRICT COURT |
| 7 | |
| 8 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BILLY BOWLIN,

    Plaintiff,

    v.

GOODWILL INDUSTRIES,

    Defendant.
                              /

No. C 12-01593 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further proceedings.

**IT IS SO ORDERED.**

Dated: July 9, 2012

                                                         JEFFREY S. WHITE
                                                         UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk