# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BILLY BOWLIN,<br><br>    Plaintiff,<br><br>  v.<br><br>GOODWILL INDUSTRIES OF THE GREATER EAST BAY, INC.,<br><br>    Defendant. | Case No. 3:12-cv-01593 NC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>[Reassigned case] |

  The Court will hold a case management conference on **August 8, 2012 at 10:00 a.m.** in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.  Parties to make initial disclosures under Fed. R. Civ. P. 26 by July 25, 2012. Defendant to file a motion for leave to amend answer by July 25, 2012, and plaintiff to oppose by August 1, 2012. The Court will address the motion for leave to amend at the case management conference.

  IT IS SO ORDERED.

  DATED: July 11, 2012

                     _____
                     NATHANAEL M. COUSINS
                     United States Magistrate Judge