MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
MEGAN E. ROSS, ESQ., SBN 227776
MROSS@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Jennifer Kennedy and Kristina Lloyd,
Distributees of deceased Plaintiff Billy Bowlin

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BILLY BOWLIN, AN INDIVIDUAL; | Case No.: CV12-1593-NC |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT TO SUBSTITUTE THE DECEASED PLAINTIFF'S DISTRIBUTEES** |
| vs. | |
| GOODWILL INDUSTRIES OF THE GREATER EAST BAY, INC., A CALIFORNIA CORPORATION; , | Date: April 3, 2013<br>Time: 1:00pm |
| Defendant. | Judge: Cousins |

**TO DEFENDANT GOODWILL INDUSTRIES OF THE GREATER EAST BAY, INC. AND ITS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on April 3, 2013 at 1:00pm, or as soon thereafter as counsel may be heard in Courtroom A-15th Floor of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Jennifer Kennedy and Kristina Lloyd,

-1-

1  Distributees of deceased Plaintiff BILLY BOWLIN will and hereby do move this Court for
2  an order substituting their names as Plaintiffs in this matter.
3      This motion is based upon this Notice of Motion, the accompanying Motion, the
4  accompanying Memorandum of Points and Authorities, the papers and records on file with
5  this Court, and other such oral and documentary evidence as may be presented to the Court
6  at or prior to the hearing on the Motion.

9  DATED: February 22, 2013       LAW OFFICES OF MICHAEL TRACY

10                                   /s/ Megan E. Ross
11                     By: _____
12                            MEGAN E. ROSS, Attorney for Plaintiff Billy Bowlin

## MEMORANDUM OF POINTS AND AUTHORITIES

### 1. INTRODUCTION

In this lawsuit, Plaintiff BILLY BOWLIN sued his former employer GOODWILL INDUSTRIES OF THE GREATER EAST BAY, INC. ("GOODWILL") for unpaid overtime, retaliation, and related violations. Mr. Bowlin worked for GOODWILL from February 6, 2008 through April 20, 2011. Mr. Bowlin passed away in November. His heirs are his two daughters, Jennifer Kennedy and Kristina Lloyd. Ms. Kennedy and Ms. Lloyd are the distributees of Mr. Bowlin's estate, which has been distributed. Mr. Bowlin had no other heirs.

### 2. F.R.C.P. 25(a) REQUIRES THE SUBSTITUTION OF MS. LLOYD AND MS. KENNEDY AS PLAINTIFFS IN THIS MATTER

F.R.C.P. 25(a) Provides that "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Once the estate has been distributed, the distributees are proper parties for substitution under FRCP 25 (a). *McSurely v. McClellan* (DC Circuit 1985) 753 F2d. 88, 98).

### 3. CONCLUSION

For the foregoing reasons, Ms. Lloyd and Ms. Kennedy respectfully request that this Court substitute them as Plaintiffs in this action in place of their deceased father.

DATED: February 22, 2013          LAW OFFICES OF MICHAEL TRACY

                                  /s/ Megan E. Ross
                             By:  _____
                                  MEGAN E. ROSS, Attorney for Plaintiff Billy Bowlin