1
2
3
4
5
6
7
8
9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA**

11  **SAN FRANCISCO DIVISION**

12  BILLY BOWLIN,                          Case No. 12-cv-01593 NC

13              Plaintiff,                 **REVISED CASE MANAGEMENT ORDER**

14        v.                              Re: Dkt. No. 50

15  GOODWILL INDUSTRIES OF THE
    GREATER EAST BAY, INC.,
16
                Defendant.
17

18
19          The parties filed a stipulation to amend the current scheduling order.  After considering

20  the parties' proposed dates, the Court continues the case management dates and sets the following

    deadlines:
21
22          1. ALTERNATIVE DISPUTE RESOLUTION.  This case has been referred to the court's

23  mediation panel.

24          2. DISCOVERY.  All non-expert discovery must be completed by the parties by May 2,

25  2013.  All expert discovery must be completed by June 3, 2013.

26          3. EXPERT WITNESSES.  The disclosure of expert witness opinions must be completed

27  by May 9, 2013.  Disclosure of expert witness rebuttal opinions must be completed by May 28,

28  2013.

4.  DISPOSITIVE MOTIONS.  All dispositive motions must be filed and served by June 6, 2013.  Dispositive motions will be heard no later than July 17, 2013.

5.  EXHIBITS AND RELATED PRETRIAL FILINGS.  All (1) exhibits; (2) statements designating excerpts from depositions, interrogatory answers, and responses to requests for admission; and (3) any other material to be offered at trial other than for impeachment or rebuttal must be lodged by August 5, 2013.  A party objecting to the receipt into evidence of any proposed testimony, exhibit, or material must meet and confer with the opposing party by July 31, 2013.

6.  PRETRIAL STATEMENTS.  At a time convenient to both, counsel must meet and confer to discuss the preparation of a joint pretrial statement.  Counsel must file a joint pretrial statement by August 7, 2013.

7.  PRETRIAL MOTIONS.  All pretrial motions must be filed and served by August 7, 2013.

8.  PRETRIAL CONFERENCE.  The final pretrial conference will be held on August 21, 2013, at 2:00 p.m., in Courtroom A, 15th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case must attend personally.

9.  JURY INSTRUCTIONS.  The parties must serve and file requested voir dire questions, jury instructions, and forms of verdict by August 7, 2013.

10.  TRIAL DATE.  Jury trial will commence on September 9, 2013, at 9:00 a.m., in Courtroom A, 15th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Date: March 5, 2013

Nathanael M. Cousins
United States Magistrate Judge