1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

BILLY BOWLIN,

               Plaintiff,

      v.

GOODWILL INDUSTRIES OF THE GREATER EAST BAY, INC.,

               Defendant.

Case No. 12-cv-01593 NC

**ORDER OF CONDITIONAL DISMISSAL**

Re: Dkt. No. 53

    The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

    IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 90 days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED.

    IT IS SO ORDERED.

    Date: March 18, 2013

                                     _____
                                     Nathanael M. Cousins
                                     United States Magistrate Judge